UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BENNIE GREEN,

        Petitioner,

        v.                              Case No. 19-C-1847

MICHELLE HAESE,

        Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND DISMISSING PETITION

      Petitioner Bennie Green filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 20, 2019, Magistrate Judge Nancy Joseph screened his petition and filed a Report and Recommendation. In that Report and Recommendation, the Magistrate Judge recommends that the petition be dismissed without prejudice. Green has not filed an objection to this recommendation. After careful consideration of the Report and Recommendation as well as the record as a whole, the court adopts the Report and Recommendation of the Magistrate Judge and orders the petition dismissed without prejudice. The court also declines to issue a certificate of appealability because no reasonable jurist would disagree with this court's procedural ruling. The Clerk is directed to enter judgment forthwith.

      **SO ORDERED** at Green Bay, Wisconsin this 22nd day of January, 2020.

                                                  s/ William C. Griesbach
                                                William C. Griesbach, District Judge
                                                United States District Court